| AO-10 Rev. 1/96 | FINANCIAL DISCLOSURE REPORT NOMINATION | Report Required by the Ethics in Government Act of 1978, Pub. No. (November 30, 1989 (5 U.S.C. App. 6, 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Hinkle, Robert L. | 2. Court or Organization U.S. District Court, N.D. Fla | 3. Date of Report 06/07/96 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; Magistrate Judges indicate full- or part-time) U.S. District Judge - Active | 5. Report Type (check appropriate type) X Nomination, Date 06/06/96 ___ Initial ___ Annual ___ Final | 6. Reporting Period 01/01/95 - 06/07/96 |
| 7. Chambers or Office Address 101 N. Monroe St. Suite 1000 P.O. Drawer 11307 Tallahassee, Florida 32302 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION      NAME OF ORGANIZATION/ENTITY

[ ] NONE (No reportable positions)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| Chairman of Board | Radey Hinkle McArthur Polston & Frehn, P.A. |
| Director | United Way of the Big Bend, Inc. |
| Executive Committee | United Way of the Big Bend, Inc. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

DATE      PARTIES AND TERMS

[ ] NONE (No reportable agreements)

| DATE | PARTIES AND TERMS |
|---|---|
| 1985 | Radey Hinkle (Law Firm) Profit Sharing Plan (no control) |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

DATE      SOURCE AND TYPE      GROSS INCOME (yours, not spouse's)

[ ] NONE (No reportable non-investment income)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| 1 | 1994 | Radey Hinkle (law firm) Salary & Bonuses | $ 404631.00 |
| 2 | 1995 | Radey Hinkle (law firm) Salary & Bonuses | $ 407941.00 |
| 3 | 1996 | Radey Hinkle (law firm) Salary & Bonuses (to date) | $ 119517.29 |
| 4 | | | $ |
| 5 | | | $ |

Digitized by Google

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L. | 96/07/96 |

### IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements or gifts) | |
| 1 | Exempt | Exempt |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

### V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts) | | |
| 1 | None | None | $ 0.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

### VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ | NONE (No reportable liabilities) | | |
| 1 | Barnett Bank | Credit Card | J |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VALUE CODES: J = $15,000 or less, K = $15,001 - $50,000, L = $50,001 - $100,000, M = $100,001 to $250,000 ... [illegible]

 Digitized by Google

# 1057

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L. | 06/07/96 |

**VII. Page 1 INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| | A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(1)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. | C. Income during reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Methods Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 | Barnett Bank of Tallahassee (J) | B | Interest | L | T | Exempt | | | | Exempt |
| 2 | Capital City Bank (J) | A | Interest | J | T | Exempt | | | | Exempt |
| 3 | Raymond James Cash/Credit Interest Program (J) | D | Interest | N | T | Exempt | | | | Exempt |
| 4 | Berkshire Hathaway Incorporated (BRK) (J) | A | None | N | T | Exempt | | | | Exempt |
| 5 | Commercial Net Lease Realty Inc. (NNN) (J) | D | Dividend | M | T | Exempt | | | | Exempt |
| 6 | Parker Drilling Company (PKD) (J) | A | None | J | T | Exempt | | | | Exempt |
| 7 | S C Bancorp (SCK) (J) | A | None | K | T | Exempt | | | | Exempt |
| 8 | Bay County Fla. Transportation Imp. Rev. (municipal bond)(J) | A | Interest | K | T | Exempt | | | | Exempt |
| 9 | Indian River County Fla. School Dist. (municipal bond) (J) | D | Interest | L | T | Exempt | | | | Exempt |
| 10 | Port Seattle Washington (municipal bond) (J) | C | Interest | L | T | Exempt | | | | Exempt |
| 11 | Liquid Capital Income Trust (money market account) (J) | C | Dividend | K | T | Exempt | | | | Exempt |
| 12 | Smith Barney Municipal Money Market Fund (J) | A | Dividend | J | T | Exempt | | | | Exempt |
| 13 | Orange County Fla Pub Facs Rev (municipal bond) (J) | B | Interest | K | T | Exempt | | | | Exempt |
| 14 | City of Tallahassee municipal bonds (J) | A | Interest | K | T | Exempt | | | | Exempt |
| 15 | Radey Hinkle Profit Sharing, managed by SunBank Capital Mgmt | A | None | N | T | Exempt | | | | Exempt |
| 16 | Radey Hinkle - shares in law firm (professional corporation) | A | None | K | V | Exempt | | | | Exempt |
| 17 | FCH Partners (partner; assets also listed separately) | B | Interest | K | W | Exempt | | | | Exempt |
| 18 | Townhouse in Tallahassee, Florida (owned by FCH Partners) | D | Rent | L | T | Exempt | | | | Exempt |

| 1 | Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 | H=More than $1,000,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 | |
| | | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost(real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Hinkle, Robert L. | Date of Report<br>06/07/96 |
|---|---|---|

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) B.<br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure. | C. Income during reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 Mortgage receivable – Christine Kennedy – owned by FCH Part | C | Interest | L | U | Exempt | | | | Exempt |
| 20 Mortgage receivable – Joan Raley – owned by FCH Partners | B | Interest | K | U | Exempt | | | | Exempt |
| 21 Regional Investment Limited parntnership unit (owned by FCH) | A | None | L | U | Exempt | | | | Exempt |
| 22 Barnett Bank of Tallahassee – account owned by FCH Partners | A | Interest | J | T | Exempt | | | | Exempt |
| 23 FCH Partners (loan) | D | Interest | M | U | Exempt | | | | Exempt |
| 24 Mortgage – Jack Gigray | A | Interest | J | U | Exempt | | | | Exempt |
| 25 Mortgage – Sharon Field | A | Interest | J | U | Exempt | | | | Exempt |
| 26 Individual Retirement Account (assets also listed separately | A | Interest | J | T | Exempt | | | | Exempt |
| 27 Balcor Pension Investors IV Limited ptnshp (held in IRA) | A | None | J | T | Exempt | | | | Exempt |
| 28 Balcor Pension Investors V Limited Ptnshp (held in IRA) | A | None | J | T | Exempt | | | | Exempt |
| 29 Certificates Accrual Treasury Securities Series U (in IRA) | A | Interest | J | T | Exempt | | | | Exempt |
| 30 Commercial Net Lease Realty Inc. (REIT) (held in IRA) | A | Dividend | J | T | Exempt | | | | Exempt |
| 31 Cougar Orchards Limited Partnership (held in IRA) | A | None | J | W | Exempt | | | | Exempt |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D1) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes (See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost(real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| **FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting<br>Hinkle, Robert L. | Date of Report<br>06/07/96 |
| --- | --- | --- |

**VIII. ADDITIONAL INFORMATION or EXPLANATIONS.** (Indicate part of Report.)

_____

_____

**I. POSITIONS    (Cont'd.)**

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| Director | Legal Services of North Florida, Inc. |
| Partner | FCH Partners |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hinkle, Robert L. | 06/07/96 |

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 7, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Robert Hinkle_     Date _6/7/96_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. APP. 6, SECTION 104).

---

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Digitized by Google

# 1061

## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail
all assets (including bank accounts, real estate, securities, trusts, investments, and other financial
holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of
yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 402 | 440 | Notes payable to banks—secured | | 0 |
| U.S. Government securities—add schedule | | 0 | Notes payable to banks—unsecured | | 0 |
| Listed securities—add schedule | 487 | 703 | Notes payable to relatives | | 0 |
| Unlisted securities—add schedule | | 0 | Notes payable to others | | 0 |
| Accounts and notes receivable: | | 0 | Accounts and bills due | 3 | 200 |
| Due from relatives and friends | | 0 | Unpaid income tax | | 0 |
| Due from others | | 0 | Other unpaid tax and interest | | 0 |
| Doubtful | | 0 | Real estate mortgages payable—add schedule | | 0 |
| Real estate owned—add schedule | 300 | 000 | Chattel mortgages and other liens payable | | 0 |
| Real estate mortgages receivable | 207 | 527 | Other debts—itemize: | | 0 |
| Autos and other personal property | 82 | 000 | | | |
| Cash value—life insurance | 132 | 413 | | | |
| Other assets—itemize: Municipal Bonds | 167 | 702 | | | |
| Law firm profit sharing plan | 489 | 408 | | . | |
| Law firm shares & bonuses | 120 | 000 | | | |
| FcH partnership interest | 38 | 050 | Total liabilities | 3 | 200 |
| IRA | 14 | 476 | Net Worth | 2438 | 479 |
| Total Assets | 2,441 | 679 | Total liabilities and net worth | | |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | 0 | Are any assets pledged? (Add schedule.) NO | | |
| On leases or contracts | | 0 | Are you defendant in any suits or legal actions? NO | | |
| Legal Claims | | 0 | Have you ever taken bankruptcy? No | | |
| Provision for Federal Income Tax | | 0 | | | |
| Other special debt | | 0 | | | |

Digitized by Google